IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LARRY MOORE (#99670)**     **PLAINTIFF**

v.     No. 4:24CV100-MPM-RP

**WARDEN PATRICIA DOTY, ET AL.**     **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO PROVIDE NOTICE OF THE PUNISHMENT RECEIVED AS A RESULT OF BEING FOUND GUILTY OF THE PRISON RULE VIOLATION AT ISSUE IN THIS CASE

In his complaint, the plaintiff alleges that defendant Patricia Doty violated his right to due process by "framing" him – planting contraband in his belongings during a random prison shakedown. The plaintiff was issued a Rule Violation Report and found guilty. He did not specify the punishment imposed or provide documentation describing the infraction. As such, he did not provide sufficient information in his complaint for the court to review, as required under 42 U.S.C. § 1997e. To conduct such a review, the court must know the time of the incident and the punishment imposed after the finding of guilty. It would be particularly helpful if the plaintiff provided a completed and legible copy of the Rule Violation Report at issue.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with sufficient information for the court to conduct a review of the plaintiff's claims, as required under 42 U.S.C. § 1997e. Failure to do so will result in the dismissal of this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 13th day of February, 2025.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE