**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LARRY MOORE (#99670)**                                                    **PLAINTIFF**

**v.**                                                                 **No. 4:24CV100-MPM-RP**

**WARDEN PATRICIA DOTY, ET AL.**                                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is

**DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting

as a "strike" under 28 U.S.C. § 1915(g).

    **SO ORDERED**, this, the 23rd day of April, 2026.

                          /s/Michael P. Mills
                          UNITED STATES DISTRICT JUDGE
                          NORTHERN DISTRICT OF MISSISSIPPI